UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-cv-80490-RLR

CLAUDIO SORRENTINO, an
individual, individually and on behalf of
all others similarly situated,

    Plaintiff,

vs.

FCA US LLC, a Delaware limited liability
company; and SCHUMACHER AUTO
GROUP, INC., a Florida corporation,

    Defendants.

**BECK & LEE, P.A.'S MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL**

    Beck & Lee, P.A., and the undersigned attorneys of record for the Plaintiff, CLAUDIO SORRENTINO, respectfully move this Court to enter an order granting leave to withdraw as counsel for the Plaintiff herein and, as grounds thereof, states as follows:

    1.    This case was filed in March 2019 and relates to Defendant FCA US LLC's ("FCA's") cancellation of a certain service contract purchased by Plaintiff.

    2.    Irreconcilable differences have arisen between the Plaintiff, Claudio Sorrentino ("Plaintiff"), and Beck & Lee, P.A. and the undersigned attorneys of record (collectively, "Beck & Lee"), such that undersigned attorneys and law firm are unable to continue representing Plaintiff therein.

    3.    Pursuant to Local Rule 11.1(d), the undersigned certifies that he has communicated Beck & Lee's decision to withdraw as Plaintiff's counsel in this matter to the Plaintiff. Specifically, the undersigned certifies that he provided both written and verbal notice

to the Plaintiff of the intention to withdraw as counsel.  The undersigned further certifies that a copy of Beck & Lee, P.A.'s Motion to Withdraw as Plaintiff's Counsel will be served on Plaintiff upon the filing of same.

4. Pursuant to Local Rule 11.1(d), the current mailing address for the Plaintiff is:

> Claudio Sorrentino
> 765 NW 5th Ave.
> Boca Raton, FL 33432

Plaintiff is also represented by the following counsel:

> Mitchell Sens, Esq.
> Mitchell Sens P.A.
> 17435 SW 35th Ct.
> Hollywood, FL 33029
> Ph.: (954) 382-1182
> E-mail: senslaw@gmail.com

5. Additionally, the undersigned provided notice to opposing counsel of their intention to withdraw as counsel for the Plaintiff in accordance with Local Rules 7.1 and 11.1(d). FCA's counsel has no objection to the granting of this motion, and Defendant Schumacher Auto Group, Inc.'s ("Schumacher's") counsel has not responded anything after being noticed of Beck & Lee's decision.

6. There is a pending deadline for discovery that FCA agrees to postpone until twenty-one (21) days after the Court enters a ruling on this motion.

WHEREFORE, Beck & Lee respectfully requests permission from this Court to withdraw from representing the Plaintiff in this matter.  It is hereby further requested that this Court provides Plaintiff twenty-one (21) days to retain new counsel.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Undersigned counsel hereby certifies that she has conferred in good faith with counsel for defendants.  Defendant FCA does not oppose undersigned counsel and firm withdrawing from this case.  Defendant Schumacher has not yet responded.

DATED:  July 18, 2019

RESPECTFULLY SUBMITTED,


 /s/ Elizabeth Lee Beck
By:  Elizabeth Lee Beck

**BECK & LEE TRIAL LAWYERS**
JARED H. BECK
Florida Bar No. 20695
ELIZABETH LEE BECK
Florida Bar No. 20697
VICTOR ARCA
Florida Bar No. 1014225
Corporate Park at Kendall
12485 SW 137th Ave., Suite 205
Miami, Florida 33186
Telephone:     (305) 234-2060
Facsimile:      (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com
victor@beckandlee.com

*Attorneys for Plaintiff Claudio Sorrentino*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2019, I electronically filed the foregoing

*BECK & LEE, P.A.'S MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL*

with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document(s) are being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   */s/ Elizabeth Lee Beck*
Elizabeth Lee Beck

## SERVICE LIST

Scott M. Sarason, Esq.
Michael R. Holt, Esq.
RUMBERGER, KIRK & CALDWELL, P.C.
Brickell City Tower
80 SW 8th Street, Suite 3000
Miami, Florida 33130
Telephone:    (305) 358-5577
ssarason@rumberger.com
mholt@rumberger.com

*Attorneys for Defendant*
*FCA US LLC*

Kathy A. Wisniewski, Esq.
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone:    (314) 552-63101
kwisniewski@thompsoncoburn.com

*Attorneys for Defendant*
*FCA US LLC*

Marc E. Brandes, Esq.
KURKIN FOREHAND BRANDES LLP
18851 NE 29th Ave., Ste. 303
Aventura, Florida 33180-2813
Telephone:    (305) 929-8500
mbrandes@kfb-law.com

*Attorneys for Defendant*
*Schumacher Auto Group, Inc.*

Claudio Sorrentino
765 NW 5th Ave.
Boca Raton, FL 33432

*Plaintiff (by U.S. Mail)*

Mitchell Sens, Esq.
Mitchell Sens P.A.
17435 SW 35th Ct.
Hollywood, FL 33029
Telephone:    (954) 382-1182
E-mail: senslaw@gmail.com

*Attorneys for Plaintiff (by U.S. Mail and E-Mail)*