UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CV-80490-RLR

CLAUDIO SORRENTINO, an individual,
individually and on behalf of all others
similarly situated,

    Plaintiff,
vs.

FCA US, LLC, a Delaware limited liability
Company,

    Defendant.
_____/



FILED BY MEB D.C.

AUG 23 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

PLAINTIFF'S REQUEST FOR EXTENSION OF DEADLINES

Plaintiff, CLAUDIO SORRENTINO, *pro se* since, technically, no attorney has filed an appearance, individually and on behalf of all others similarly situated, files this Plaintiff's Request for Extension of Time and in support states as follows:

1. Several court filing deadlines for Plaintiff, CLAUDIO SORRENTINO, are impending.

2. After first doing Lexis research to identify class action attorneys who have experience with the particular subject matter of this lawsuit (ie. Magnuson Moss Warranty Act or "MMWA"), who have experience with suing FCA US LLC, or who have experience with both, Plaintiff has been trying to retain an attorney.

3. Plaintiff has been sharing with prospective MMWA class action attorneys the following: statutory research, online links to Federal Trade Commission ("FTC") opinions, and online attorney opinions on the particular section of the MMWA that his amended complaint is being based upon. In turn, those attorneys are reviewing the online docket. Not all law firms have responded yet, but at least three (3) law firms have expressed an interest, and one of them even advised Plaintiff for the first time of a well-known, national organization, Specialty Equipment Market Association ("SEMA"), whose website states that "*SEMA also has helped numerous consumers interact with car dealers, who sometimes try to get away with charging for repairs on a modified vehicle by **claiming (wrongly) that specialty accessories have voided its warranty**.*"

4. Although the Plaintiff has not yet contacted SEMA, he is regularly communicating with the prospective MMWA class action attorneys.

5. The law firm that first advised Plaintiff of SEMA's existence and purpose has expressed interest, and they even published an article online, entitled "*Understanding the Magnuson-Moss Act as it Relates to Aftermarket Car Parts*", which deals specifically with that part of the MMWA which is at issue. That law firm expressed interest, but being a 5-attorney office and being tied up with trials, they presently lacks the attorney resources to handle it alone, so they need to partner with a larger law firm.

6. Whether for the purpose of having them partner with that 5-attorney law firm or for the purpose of having them, alone, represent the Plaintiff, he has also communicated with several large MMWA class action law firms. One of them is still engaged in due diligence after reviewing the court file and all the documents that Plaintiff provided, and they are communicating almost daily with the Plaintiff at this point. However,

that attorney needs 20 days to finish reviewing this file with her law firm.

7. Good cause thus exists for a 20-day extension of all deadlines. Such a brief extension would not prejudice Defendant..

WHEREFORE the Plaintiff, CLAUDIO SORRENTINO, requests that this Honorable Court extend all pending and expired deadlines by 20 days, and whatever else is reasonable.

### Certificate of Service

I HEREBY CERTIFY that on August 23, 2019 I both mailed and emailed a true and copy of this Plaintiff's Request for Extension of Deadlines to all counsel of record named below.

Scott M. Sarason, Esq.
Michael R. Holt, Esq.
RUMBERGER, KIRK & CALDWELL, P.C.
Brickell City Tower
80 S.W. 8th Street, Suite 3000
Miami, Florida 33130
ssarason@rumberger.com
mholt@rumberger.com

By: _____
Claudio Sorrentino

Kathy A. Wisniewski
THOMPSON COBURN LLP
One U.S. Bank Plaza
St. Louis, Missouri 63101
kwisniewski@thompsoncoburn.com

Marc E. Brandes, Esq.
KURKIN FOREHAND BRANDES LLP
18851 N.E. 29TH Avenue, Suite 303
Aventura, Florida 33180-2813
mbrandes@kfb-law.com

3